IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                               Case No.   15-06004-CR-SJ-DGK

SABRENA LYNN MORGAN (02)
ELGIN EUGENE DOTHAGE (03)
FRANKLIN CHARLES CARTER (04)
STEVEN LEE SCHREIER (05)
RONALD LOUIS ROBERTS (06),

          Defendant.

## ORDER

The above named defendants appeared in Case No. 14-06011-CR-SJ-HFS before a United States Magistrate Judge for the purpose of determining whether said defendants should be released on bond or detained by the Court.

Defendant Sabrena Lynn Morgan was ordered released on a $15,000 unsecured appearance bond, co-signed by Gary Collins, on August 1, 2014 and an Order Setting Conditions of Release was imposed.

Defendant Steven Lee Schreier was ordered released on September 5, 2014, on a $10,000 unsecured appearance bond, co-signed by Stephanie Hull, and an Order Setting Conditions of Release was imposed.

Defendant Franklin Charles Carter was detained by the Court on August 15, 2014 (Doc. 31)

Defendants Elgin Eugene Dothage and Ronald Louis Roberts appeared on Writs issued by the Court on August 1, 2014, and were found not entitled to bond at the present time due to their incarceration on other charges.

The Court finds that the Appearance Bonds and Orders Setting Conditions of Release ordered in Case No. 14-06011-CR-SJ-HFS are here by adopted in this pending case as to Defendants Morgan and Schreier.

The Court further finds that the Order of Detention as to Defendant Franklin Charles Carter is here by adopted in this pending case and the Writs as to Defendants Elgin Eugene Dothage and Ronald Louis Roberts will be adopted for the purpose of this pending case as well.

IT IS SO ORDERED.

                                           /s/ John T. Maughmer
                                           JOHN T. MAUGHMER
                                           UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
August 5, 2015